AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

DEC 1 2 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sir Jeffrey Carroll | ) | Case No. |
| | ) | 3:11-mj-00068 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2011__ in the county of __Cabell__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Quantity of Heroin, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

See affidavit at Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Wren Ray, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 12, 2012

_____
*Judge's signature*

City and state: Huntington, West Virginia

Cheryl A. Eifert, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**AFFIDAVIT**

STATE OF WEST VIRGINIA  )
                        )
COUNTY OF CABELL        )

I, Wren C. Ray, being first duly sworn, do hereby depose and state that as follows:

### I. INTRODUCTION

I am a Special Agent with the Drug Enforcement Administration ("DEA"). I have been a Special Agent with the DEA since 1998 and am currently assigned to the Charleston, West Virginia, DEA office. As a Special Agent with the DEA, I am an investigative law enforcement officer of the United States of America within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I investigate criminal violations involving the receipt, concealment, purchase, or sale of illegal narcotics or other dangerous drugs, including, but not limited to conspiring to distribute and possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 846, the distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1), possession of controlled substances with the intent to distribute in violation of 21 U.S.C. §

841(a)(1), the use of a telephone to facilitate unlawful drug transactions in violation of 21 U.S.C. § 843(b), and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c).

During the course of my law enforcement career, I have attended and completed training in the field of narcotics enforcement. This included in-depth and comprehensive study of the various types of illicit drugs, including the identification of controlled substances, and packaging and distribution techniques. I have received specialized instruction in the use of informants, informant information, making controlled narcotic purchases, and the use of surveillance equipment and techniques. I have also written and executed numerous search warrants for narcotics, dangerous drugs, weapons and records (including electronically stored documents), books and proceeds, which are associated with this illicit activity. Furthermore, I have arrested numerous individuals for violations of state and federal narcotics statutes.

On December 9, 2011, agents with the DEA Task Force, along with officers from the Huntington Police Department, executed a search warrant at 918 6th Street, Apartment 1B, Huntington, West Virginia. During execution of the warrant,

approximately thirty-nine (39) individually wrapped packets containing heroin were found secreted in a half-wall in the kitchen area of the apartment. The packets containing heroin were marked with inscriptions of either "pony-pak" or "new arrival." Agents further recovered two (2) loaded firearms from the apartment, digital scales, and a utility bill for the apartment in the name of Sir Jeffrey Carroll. The heroin recovered was subsequently field tested and returned a positive result for heroin, a Schedule I controlled substance.

_____
WREN C. RAY
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence this
12th day of December , 2011.

_____
Cheryl A. Eifert
United States Magistrate Judge